```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/24/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

US FOODS, INC.,

                 Plaintiff,

-against-

REMCODA, LLC, a New York limited liability company; and REMCODA, LLC, a Florida limited liability company,

                 Defendants.

22 Civ. 9663 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. *See* ECF No. 29. The parties request more than 120 days for fact discovery without explaining how the case presents unique complexities or other exceptional circumstances. *See id.* ¶ 5. In addition, the proposed case management plan includes modifications regarding the parties' motions practice. *See id.* ¶¶ 5, 8. The parties are required to follow the Court's Individual Practices in Civil Cases and may not modify the requirements in the case management plan. Any motion for summary judgment will be deemed untimely unless a pre-motion letter is filed within fourteen days of the close of fact discovery. Accordingly, by **January 31, 2023**, the parties shall resubmit their proposed case management plan.

    SO ORDERED.

Dated: January 24, 2023
       New York, New York

                                                        ANALISA TORRES
                                           United States District Judge