

May 1, 2023

**VIA ECF**

Hon. Valerie Figueredo
United States Courthouse
Southern District of New York
500 Pearl St., Room 1660
New York, NY 10007

      Re:    <u>*US Foods, Inc. v. Remcoda, LLC*, Case No. 1:22-cv-09663</u>

Dear Judge Figueredo:

    We represent Defendant in the above-referenced action and write in connection with the discovery conference that the Court scheduled for 10:00 a.m. on May 23, 2023. Dkt. 45. Due to a previously scheduled arbitration hearing, we are unavailable on that date. We have conferred with Plaintiff's counsel, and all parties are available for a discovery conference on May 25, 26, and 31, 2023. There have been no prior requests for an adjournment of the discovery conference.

    We thank the Court for its time and attention to this matter.

           Respectfully submitted,

           /s/ *Jennifer Pierce*

           Jennifer Pierce

cc.: All counsel of record (via ECF)

---

**Application Granted**

_____
Valerie Figueredo, U.S.M.J.
DATED: 5-2-2023

The discovery conference scheduled for May 23, 2023 is hereby rescheduled for **Thursday, May 25, 2023 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

---