UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
US FOODS, INC.,

                        Plaintiff,

          -against-

REMCODA, LLC et al.,

                        Defendants.
-----------------------------------------------------------------X

22-CV-9663 (AT) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      For the reasons stated at the conference held on June 2, 2023, Plaintiff has established that the discovery it seeks is relevant. The parties are directed to meet and confer, and attempt to narrow Plaintiff's requests in order to limit the burden and cost of Defendants' search. Should the parties not reach a resolution, they are directed to submit a letter to the Court detailing the remaining dispute(s).

      **SO ORDERED.**

DATED:     New York, New York
            June 2, 2023

                                          _____
                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge